UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES BOYLAN,

                Plaintiff,

-against-

KENNETH MARCUS, et al.,

                Defendants.

25-CV-5872 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

    On November 7, 1995, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Boylan v. Meehan*, No. 95-CV-9464 (TPG) (S.D.N.Y. Nov. 7, 1995). Plaintiff files this new *pro se* case, seeks IFP status, and has not sought leave from the Court. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the November 7, 1995 order.

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   July 21, 2025
           New York, New York

                              /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                           Chief United States District Judge